# Court of Appeals
# of the State of Georgia

ATLANTA,    August 03, 2016

*The Court of Appeals hereby passes the following order:*

## A16A2109.  TERRANCE DANTE SHIELDS v. THE STATE.

Terrance Dante Shields was convicted of multiple crimes in connection with a home invasion, and we affirmed his convictions on appeal. *Shields v. State*, 307 Ga. App. 830 (706 SE2d 187) (2011).  He later filed a motion to vacate a void sentence, which the trial court denied in part.  Shields appealed, but we affirmed, rejecting his argument that the trial court had erred by sentencing him as a recidivist under OCGA § 17-10-7 (c) because he had been convicted of only two prior felonies, rather than the requisite three.  *Shields v. State*, 325 Ga. App. XXVI (Case No. A13A1970, decided March 4, 2014).  Shields then filed a "Motion to Vacate Void Recidivist Sentence," arguing again that he should not have been sentenced as a recidivist under OCGA § 17-10-7 (c) because he had only two prior convictions.  The trial court dismissed that motion, and Shields appeals once more.  We, however, lack jurisdiction.

The issue raised in Shields's "Motion to Vacate Void Recidivist Sentence" is the same issue we decided adversely to him in his second appeal to this Court.  "It is axiomatic that the same issue cannot be relitigated *ad infinitum*.  The same is true of appeals of the same issue on the same grounds." *Echols v. State*, 243 Ga. App. 775, 776 (534 SE2d 464) (2000) (punctuation omitted); see also *Jordan v. State*, 253 Ga. App. 510, 511 (2) (559 SE2d 528) (2002).  Our ruling in the prior appeal is res judicata.  See *Hook v. Bergen*, 286 Ga. App. 258, 261 (1) (649 SE2d 313) (2007).  Thus, Shields is estopped from seeking further judicial review on this issue. See id.; see also *Ross v. State*, 310 Ga. App. 326, 327-328 (713 SE2d 438) (2011) (law of the case rule bars successive void sentence appeals).  Accordingly, this appeal is hereby

DISMISSED.



*Court of Appeals of the State of Georgia*

*Clerk's Office, Atlanta,* 08/03/2016

*I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*

*Witness my signature and the seal of said court hereto affixed the day and year last above written.*

*Stephen E. Castlen*

*, Clerk.*